UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA COOPER,

    Plaintiff,

v.                                                      Case No: 8:22-cv-01331-KKM-AAS

JIMMY PATRONIS, and
MICHAEL WARNER,

    Defendants.
_____

## ORDER

On November 22, 2023, the United States Magistrate Judge entered a Report and Recommendation, recommending that Defendants' Motion on Entitled to Costs (Doc. 39) be granted. The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein and grants Cardoso's motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review

with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. Defendants are the prevailing party, *see* FED. R. CIV. P. 54(d), and their request to tax $1,174.88 in costs is provided for under 28 U.S.C. § 1920.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 44) is **ADOPTED** and made a part of this Order for all purposes.

2. Defendants' Motion on Entitlement to Costs (Doc. 39) is **GRANTED**.

3. Defendants are awarded $1,174.88 in taxable costs, and interest accruing from the date of the judgment. *See* (Doc. 38).

**ORDERED** in Tampa, Florida, on December 7, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge